UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARNOLDO X GARZA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-10-100 |
| | § | |
| SMITH INTERNATIONAL, INC.; dba | § | |
| WIRELINE CONTROL SYSTEMS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with this Court's Order GRANTING Defendants' Motion for Summary Judgment (D.E. 23), the Court hereby enters final judgment DISMISSING this case in its entirety.

SIGNED and ORDERED this 8th day of March, 2011.

_____
Janis Graham Jack
United States District Judge